JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAWN STEVENS,<br>Plaintiff,<br>v.<br>JOHN AGBELUSI D/B/A OLD TOWN SMOOTHIE BAR; MERAKI PROPERTIES LLC; and DOES 1 to 10,<br>Defendants. | Case No. 2:26-cv-09243-AB (DSRx)<br><br>**ORDER <u>DISMISSING</u> CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **<u>DISMISSES</u>** this action without costs and without prejudice to the right to re-open the action within **<u>30 days</u>** upon good cause shown if the settlement is not completed.

All hearing dates are hereby **<u>VACATED</u>**.

Dated: October 9, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE